UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-61773-Cooke/HUNT

**ANITA JAIRAM,**
individually and on behalf of all
others similarly situated,

      **Plaintiff,**

v.

**FASHION NOVA, INC.,**

      **Defendant.**
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Anita Jairam hereby notifies the Court of the following supplemental authority in support of Plaintiff's Response in Opposition to Defendant's Motion to Stay, [ECF No. 19]:

- *Maxwell Goldschmidt v. Rack Room Shoes,* No. 18-21220-WILLIAMS, at pg. 2 (S.D. Fla. Jan. 4, 2019) (denying defendant's motion to stay "pending the FCC's interpretive ruling on the statutory definition of ATDS," and stating, "there is no real indication that the FCC will in fact issue a ruling by a certain date."), attached hereto as **Exhibit A**.

Date: January 4, 2019

**HIRALDO P.A.**

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**IJH Law**

*/s/ Ignacio J. Hiraldo*
Ignacio J. Hiraldo, Esq.
Florida Bar No. 0056031
1200 Brickell Ave
Suite 1950
Miami, FL 33130
Email: ijhiraldo@ijhlaw.com
Telephone: 786.469.4496

**EDELSBERG LAW, P.A.**

Scott A. Edelsberg
Florida Bar No. 100537
19495 Biscayne Blvd. #607
Aventura, FL 33180
Email: scott@edelsberglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on January 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

**IJH LAW**

*/s/ Ignacio J. Hiraldo*

1200 Brickell Ave Suite 1950
Miami, FL 33131
Ignacio J. Hiraldo
Florida Bar No. 56031
ijhiraldo@ijhlaw.com
Telephone: 786.496.4469