IN THE CIRCUIT COURT OF THE UNITED
STATES DISTRICT COURT JUDICIAL CIRCUIT
IN AND FOR SOUTHERN DISTRICT COUNTY,
FLORIDA

ANITA JAIRAM,

        Plaintiff(s),

vs.

FASHION NOVA, INC.,

        Defendant(s).

_____/

CASE NO.: 0:18-cv-61773-MGC

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on February 18, 2019. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

   [X] All Plaintiffs and their respective trial counsel.
   [X] All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

   ___ AGREEMENT.
       A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

   [X] NO AGREEMENT.
       The parties did not reach an agreement.

   ___ These proceedings have been adjourned and the mediation hearing shall be resumed on

       _____.

## CERTIFICATE OF SERVICE

I hereby certify that on 2/20/2019 a copy of the above was sent via Electronic Mail to: **Ignacio Hiraldo, Esquire**, ijhiraldo@ijhlaw.com; **Daniel S. Blynn, Esquire**, dsblynn@Venable.com; **Manuel Hiraldo, Esquire**, mhiraldo@hiraldolaw.com; **Scott A. Edelsber, Esquire**, scott@edelsberglaw.com

Respectfully submitted,

Steven R. Jaffe, Mediator
Mediator # 35295R
Upchurch Watson White & Max
Phone: 800-264-2622 Fax: 305-640-8447
sjaffe@uww-adr.com